

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-10-293-CR

SHEKETHA JONETTE SCOTT                                        APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

------------

FROM COUNTY CRIMINAL COURT NO. 5 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On June 28, 2010, Appellant Sheketha Jonette Scott pleaded guilty to assault and the trial court sentenced her to nineteen days' confinement. On July 20, 2010, Appellant filed a notice of appeal. On July 22, 2010, the trial court entered its amended Trial Court's Certification of Defendant's Right of Appeal in accordance with rule 25.2(a)(2). Tex. R. App. P. 25.2(a)(2). The amended certification states that this criminal case "is a plea-bargain case, and the

---

[1]*See* Tex. R. App. P. 47.4.

defendant has NO right of appeal." On July 22, 2010, we notified Appellant's counsel that the certification indicating that Appellant had no right to appeal had been filed in this court and that this appeal could be dismissed unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before August 2, 2010. *See* Tex. R. App. P. 25.2(d), 44.3. To date, we have received no response showing any grounds for continuing the appeal.

Rule 25.2(a)(2) limits the right of appeal in a plea-bargain case to matters that were raised by written motion filed and ruled on before trial or to cases in which the appellant obtained the trial court's permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification denied permission to appeal, and Appellant does not challenge a pretrial ruling on a written motion or the validity of his waiver of the right to appeal such a motion. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 27, 2010

2